UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JAMES YUCHNIUK**        ) | CASE NO: 3:10-CV-00082-SRU |
|    Plaintiff        ) | |
|                     ) | |
| **v.**                    ) | |
|                     ) | |
| **LAW OFFICE OF BENJAMIN MORRIS, LLC** ) | |
| **AND BENJAMIN MORRIS**   ) | |
|    Defendants       ) | |
|                     ) | DECEMBER 22, 2010 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), the plaintiff, James Yuchniuk, through his attorney, and the defendants, Law Office of Benjamin Morris, LLC and Benjamin Morris, through their attorney, hereby stipulate that the claims in the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

PLAINTIFF, JAMES YUCHNIUK,

By: /s/Daniel S. Blinn
Daniel S. Blinn (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, Connecticut 06067
Tel (860) 571-0408  Fax (860) 571-7457
dblinn@consumerlawgroup.com

        DEFENDANTS, Law Office of Benjamin Morris, LLC and Benjamin Morris


        By: <u>/s/David Rubin</u>
        David Rubin ct -10169
        Law Offices of David W. Rubin
        600 Summer Street, Suite 201
        Stamford, CT  06901
        Tel. 203-353-1404
        Fax 203-357-7208
        Email: drubin@dwr-law.com


## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 22nd day of December, 2010, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

        <u>/s/Daniel S. Blinn</u>
        Daniel S. Blinn